RE: TITLE 51 O.S. 6 (DUAL OFFICE HOLDING)
ATTORNEY GENERAL HENRY HAS ASKED ME TO RESPOND TO YOUR RECENT REQUEST TO THIS OFFICE CONCERNING WHETHER A MEMBER OF A COUNTY EXCISE BOARD MAY ALSO SERVE ON THE BOARD OF A RURAL ELECTRIC CO-OP. I AM ENCLOSING FOR YOUR INFORMATION A COPY OF A.G. OPIN. NO. 89-072 WHICH WAS RECENTLY ISSUED AND ADDRESSES YOUR EXACT QUESTION.
(NED BASTOW)